[No. 5637.]

The People ex rel. Stidger, District Attorney, et al. v. Berger et al.

Opinion Followed.

For the reasons stated in the opinion in The People ex rel. v. Johnson, ante, p. 143, the judgment in this cause is reversed and judgment rendered for relators.

*Appeal from the District Court of the City and County of Denver:*
*Hon. John I. Mullins, Judge.*

Mr. George Stidger, Mr. H. J. Hersey and Messrs. Elliott & Bardwell, for appellants.

Messrs. Peete & Abrahams and Mr. Philip Hornbein, for appellees.

Mr. Justice Maxwell delivered the opinion of the court.

This action relates to the office of county constable and presents the same questions as are presented in the case of *The People ex rel. v. Alexander,* No. 4976.

The judgment of the court below was one of dismissal against the appellants, which judgment, for the reasons stated in *The People ex rel. etc. v. Johnson,* No. 4850, is reversed, set aside and for naught held, and judgment rendered and entered in this court in favor of appellants, William J. Horner and Edward Phillips, and against appellees, Joseph Berger, Michael E. Geary and Patrick A. Reid, as prayed in the amended complaint, and that appellants have judgment for costs.

*Judgment accordingly.*

Decision *en banc.*

Mr. Justice Steele and Mr. Justice Gunter dissent.